UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL PONCE,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>    Defendants. | Case No. 25-cv-07743-AGT (PR)<br><br>**ORDER DIRECTING THE CLERK TO REASSIGN THIS ACTION** |

All named parties, including unserved defendants, must consent before a magistrate judge has jurisdiction under 28 U.S.C. § 636(c)(1) to hear and decide a case. *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge). It appears that this case requires a decision dispositive of one or more defendants or claims at this time, and consent of all parties has not been obtained. Accordingly, the Clerk shall reassign this case to a district judge pursuant to the Court's assignment plan.

  **IT IS SO ORDERED.**

**Dated:** March 31, 2026

               ALEX G. TSE
              United States Magistrate Judge