UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

URIEL PONCE,

Plaintiff,

v.

SANTA CLARA COUNTY, et al.,

Defendants.

Case No. 25-cv-07743-JST

**ORDER OF DISMISSAL**

Plaintiff has filed a *pro se* action pursuant to 42 U.S.C. § 1983.  On January 29, 2026, the Court dismissed the complaint for failure to state a claim.  ECF No. 6.  The Court also reminded Plaintiff that his *in forma* pauperis application was deficient because he had failed to provide the required prison trust account statement showing transactions for the last six months.  *Id.* The Court ordered Plaintiff to, by March 16, 2026, (1) file an amended complaint that addressed the identified deficiencies, and (2) submit the required prison trust account statement showing transactions for the last six months.  *Id.*  The deadline has passed and Plaintiff has neither filed an amended complaint nor submitted the required prison trust account statement showing transactions for the last six months. Plaintiff has not communicated with the Court since he commenced this action in September 2025.  Accordingly, the Court DISMISSES this action for failure to state a claim and for failure to either pay the filing fee or submit a completed application for leave to proceed *in forma pauperis*.

The dismissal is without prejudice to filing a motion to reopen.  Any motion to reopen must be accompanied by (1) a proposed amended complaint that addresses the deficiencies identified in the Court's January 29, 2026 Order; (2) a complete application for leave to proceed *in forma pauperis*, including the required supporting documentation; and (3) an explanation as to

United States District Court
Northern District of California

why Plaintiff failed to timely file an amended complaint and either pay the filing fee or submit a completed application for leave to proceed *in forma pauperis*.

Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 9, 2026



JON S. TIGAR
United States District Judge